JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE GENE LLOYD,<br><br>                Petitioner,<br><br>    v.<br><br>DEBBIE ASUNCION, Warden,<br><br>                Respondent. | Case No. CV 18-8955-AB (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: June 24, 2019

                                         ANDRE BIROTTE, JR.
                             UNITED STATES DISTRICT JUDGE